| | | |
|---|---|---|
| People v Mullings | 2d Dept: 146 AD3d 816 (Nassau) | denied 6/8/17 (Wilson, J.) |
| People v Murray | 1st Dept: 148 AD3d 649 (NY) | denied 6/6/17 (Rivera, J.) |
| People v Nance | 4th Dept: 148 AD3d 1566 (Erie) | denied 6/28/17 (Rivera, J.) |
| People v Nazim | App Term, 1st Dept: 55 Misc 3d 129(A) (NY) | denied 6/23/17 (Wilson, J.) |
| People v Neal | 4th Dept: 148 AD3d 1699 (Monroe) | denied 6/19/17 (DiFiore, Ch. J.) |
| People v Newton | 4th Dept: 147 AD3d 1463 (Monroe) | denied 6/5/17 (Stein, J.) |
| People v Nino | 3d Dept: 139 AD3d 1094 (Albany) | denied 6/12/17 (DiFiore, Ch. J.) |
| People v Novak | 3d Dept: 148 AD3d 1352 (Sullivan) | denied 6/6/17 (Rivera, J.) |
| People v Nunez | App Term, 1st Dept: 55 Misc 3d 130(A) (Bronx) | denied 6/12/17 (Stein, J.) |
| People v Odum | App Term, 1st Dept: 54 Misc 3d 128(A) (Bronx) | granted 6/13/17 (Fahey, J.) |
| People v Olmedo | 1st Dept: 149 AD3d 588 (NY) | denied 6/23/17 (Fahey, J.) |
| People v Olsen | 2d Dept: 148 AD3d 829 (Nassau) | denied 6/8/17 (Garcia, J.) |
| People v Olutosin | App Div, 2d Dept: 2017 NY Slip Op 69731(U) (Queens) | dismissed 6/12/17 (Stein, J.) |
| People v Ortiz | App Term, 1st Dept: 55 Misc 3d 129(A) (Bronx) | denied 6/23/17 (Fahey, J.) |
| People v Pandajis (James) | 4th Dept: 147 AD3d 1469 (Monroe) | denied 6/9/17 (Wilson, J.) (Appeal No. 1) |
| People v Pandajis (James) | 4th Dept: 147 AD3d 1471 (Monroe) | denied 6/9/17 (Wilson, J.) (Appeal No. 2) |
| People v Parker | 4th Dept: 148 AD3d 1583 (Erie) | denied 6/12/17 (Garcia, J.) |
| People v Patel (Vinod) | 2d Dept: 142 AD3d 511 (Nassau) | denied 6/23/17 (Wilson, J.) |
| People v Patel (Vinod) | App Div, 2d Dept: 2017 NY Slip Op 63363(U) (Nassau) | dismissed 6/22/17 (Wilson, J.) |
| People v Payne | 3d Dept: 148 AD3d 1226 (Albany) | denied 6/23/17 (Wilson, J.) |
| People v Peglow (Ricky) | 4th Dept: 147 AD3d 1391 (Cayuga) | denied 6/6/17 (Rivera, J.) (Appeal No. 1) |
| People v Peglow (Ricky) | 4th Dept: 147 AD3d 1393 (Cayuga) | denied 6/6/17 (Rivera, J.) (Appeal No. 2) |
| People v Pelosi | App Div, 2d Dept: 2017 NY Slip Op 62457(U) (Suffolk) | denied 6/20/17 (Stein, J.) |
| People v Peoples | 4th Dept: 145 AD3d 1657 (Erie) | denied 6/15/17 (Rivera, J.) |